

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:        Ex parte Omar Pimentel

Appellate case number:     01-21-00702-CR

Trial court case number:    2386503

Trial court:                        County Criminal Court at Law No. 7 of Harris County

On December 13, 2021, appellant, through counsel, filed a notice of appeal from the trial court's December 8, 2021 order denying his pre-trial application for writ of habeas corpus. On January 4, 2022, the complete appellate record was filed with this Court. After a review of the appellate record, the Court determines that it desires briefing. *See* TEX. R. APP. P. 31.1.

Accordingly, appellant is ordered to file a brief within **twenty days** of the date of this order. *See* TEX. R. APP. P. 2, 31.1. The State's brief, if any, is due to be filed no later than **twenty days** from the filing of appellant's brief.

It is so **ORDERED**.

Judge's signature: ___/s/ April Farris_____
                              ☑ Acting individually      ☐ Acting for the Court

Date: ___January 11, 2022_____